UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 15-CV-22239-MARTINEZ

KEVIN BYBEE, as Personal Representative
of the Estate of Stephen Bybee,

    Plaintiff,

-vs-

OCEANIA CRUISES, INC., and
ANDRZEJ ADAM GASZYNSKI, M.D.

    Defendants.           /

## STIPULATION FOR VOLUNTARY DISMISSAL

COME NOW the PARTIES, by and through their undersigned attorneys and hereby stipulate to a Voluntary Dismissal of the above-captioned matter.

THEREFORE, pursuant to Rule 41(a)(1)(A)(ii) of the FRCP and Rule 7.1 of the Local Rules, the undersigned parties hereby stipulate to a voluntary dismissal of this action without prejudice, each side to bear its own attorney's fees and costs.

DATED:   September 4, 2015

| WAKS & BARNETT, P.A. | HAMILTON, MILLER & BIRTHISEL, LLP |
|---|---|
| Attorneys for Plaintiffs | Attorneys for OCEANIA CRUISES, INC. |
| waksbar@aol.com | wclair@hamiltonmillerlaw.com |
| 9900 SW 107th Ave., #101 | 150 S.E. 2nd Ave., Suite 1200 |
| Miami, FL   33176 | Miami, FL 33131 |
| Tel: (305) 271-8282 | Tel: (305) 379-3686 |
| Fax: (305) 595-9776 | Fax: (305) 379-3690 |
| | |
| By: /s/ Andrew L. Waks | By: /s/ William F. Clair |
|     ANDREW L. WAKS |     WILLIAM F. CLAIR |
|     FBN. 241350 |     FBN: 0693741 |